UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CASANDRA BRAWLEY, an individual, | |
| Plaintiff, | Case No. C09-5382RJB |
| v. | |
| STATE OF WASHINGTON, *et al.*, | ORDER ON STIPULATION |
| Defendants. | |

This matter comes before the Court on the Parties' Stipulation for Voluntary Nonsuit of Defendant Eldon Vail in his individual capacity only and Defendant Douglas Cole. Dkt. 18. Parties have informed the Court that Eldon Vail in his individual capacity only and Defendant Douglas Cole should be dismissed from this matter without prejudice and without fees or costs to any party.

It is so **ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 9th day of March, 2010.

_____
Robert J Bryan
United States District Judge

ORDER
Page - 1