1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| CASANDRA BRAWLEY, an individual, | NO.  C09-5382 |
| Plaintiff, | STIPULATED MOTION TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT AND TO SEAL PREVIOUSLY-FILED MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER |
| v. | |
| STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | NOTE ON MOTION CALENDAR:  MARCH 25, 2010 |

1. **Motion**

DEFENDANTS and PLAINTIFF jointly seek leave of court for the Defendants to file

an Amended Defendants' Motion for Summary Judgment and Memorandum In Support.  The

parties also respectfully move the court to seal the previously-filed Defendants' Motion for

Summary Judgment and Memorandum in Support pursuant to Local Civil Rule 5(g).

2. **Stipulated Facts in Support of Motion**

Defendants' Motion for Summary Judgment and Memorandum in Support, filed

March 23, 2010, contains one sentence with information the parties intend should remain

confidential.  Declaration of Gary Andrews, Attorney for defendants.  The inclusion of the

NO. C09-5382
STIPULATED MOTION TO FILE
AMENDED MOTION FOR SUMMARY
JUDGMENT AND TO SEAL
PREVIOUSLY-FILED MOTION FOR
SUMMARY JUDGMENT AND
PROPOSED ORDER

1                    **ERROR! AUTOTEXT ENTRY NOT DEFINED.**

information was not intentional, and the information is private, confidential medical history that is irrelevant to the case at bar and unnecessary for its resolution. *Id.*

**3.    Argument**

Under Local Civil Rule 5(g)(2), there is a strong presumption in favor of public access to the court's files. This request outweighs that presumption because the parties are not asking the court to seal the dispositive motions in this case and keep the issues at hand from public view, but only to seal the previously-filed motion to protect one sentence containing private medical information unnecessary for the resolution of this case. The parties agree that, after obtaining leave of court in this motion, the defendants will file an Amended Motion for Summary Judgment without the one sentence containing the private information, and that the Amended Motion should remain publicly available.

THEREFORE, IT IS HEREBY STIPULATED by and between Michael Wampold and Sara Ainsworth, counsel for plaintiff herein, and Robert M. McKenna, Attorney General, and Gary Andrews, Assistant Attorney General, counsel for defendants herein, that the defendants shall filed an Amended Defendants' Motion for Summary Judgment by Friday, March 26, 2010. This Amended Motion will supersede and replace the previously-filed Motion. The parties jointly request that the court seal defendant's Motion for Summary Judgment and Memorandum in Support, filed on March 23, 2010.

NO. C09-5382
STIPULATED MOTION TO FILE
AMENDED MOTION FOR SUMMARY
JUDGMENT AND TO SEAL
PREVIOUSLY-FILED MOTION FOR
SUMMARY JUDGMENT AND
PROPOSED ORDER

2

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

# ORDER

The parties having stipulated, and the stipulated facts having overcome the presumption against sealing court records, IT IS HEREBY ORDERED that:

1.  The Defendants shall file an Amended Defendants' Motion for Summary Judgment and Memorandum in Support by **March 29, 2010**.

2.  The clerk of the Court shall seal the previously-filed Defendants' Motion for Summary Judgment and Memorandum in Support and take the necessary steps to render the previously-filed document publicly unavailable.

Dated this 29th day of March, 2010.

*Robert J Bryan*

ROBERT J. BRYAN
United States District Judge

DATED this 25th day of March 2010.

ROBERT M. MCKENNA
Attorney General


  /s/ Gary E. Andrews
GARY ANDREWS, WSBA No. 9518
Assistant Attorney General


  /s/ Michael Wampold
MICHAEL WAMPOLD, WSBA No. 26053
Attorney at Law


  /s/ Sara Ainsworth
SARA AINSWORTH, WSBA No. 26656
Attorney at Law

NO. C09-5382
STIPULATED MOTION TO FILE
AMENDED MOTION FOR SUMMARY
JUDGMENT AND TO SEAL
PREVIOUSLY-FILED MOTION FOR
SUMMARY JUDGMENT AND
PROPOSED ORDER

3

ERROR! AUTOTEXT ENTRY NOT DEFINED.