The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CASANDRA BRAWLEY, an individual,<br><br>              Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>              Defendants. | NO.  C09-5382<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO ALL CLAIMS AND ALL REMAINING DEFENDANTS<br><br>[PROPOSED]<br><br>NOTE ON MOTION CALENDAR:  MAY 7, 2010 |

    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Casandra Brawley, acting by and through her counsel, Michael Wampold and Sara Ainsworth, and the defendants, State of Washington, Brydee Glasco, and Herbert Joy, acting by and through Robert M. McKenna, Attorney General, and Gary E. Andrews, Assistant Attorney General, that the above-entitled action as to all claims and all defendants may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the plaintiff and defendant State of Washington.

    DATED this 7th day of May 2010.

ROBERT M. MCKENNA
Attorney General

 /s/ Gary E. Andrews
GARY ANDREWS, WSBA No. 9518
Assistant Attorney General

NO. C09-5382
STIPULATION AND ORDER OF
DISMISSAL AS TO ALL CLAIMS AND
ALL REMAINING DEFENDANTS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

|   |   |
|---|---|
| 1 | /s/ Michael Wampold |
| 2 | MICHAEL WAMPOLD, WSBA No. 26053<br>Attorney at Law |

/s/ Sara Ainsworth
SARA AINSWORTH, WSBA No. 26656
Attorney at Law

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that this matter, including all claims and all remaining defendants, shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this ___ day of May 2010.

_____
HONORABLE ROBERT J. BRYAN
United States District Judge

NO. C09-5382
STIPULATION AND ORDER OF
DISMISSAL AS TO ALL CLAIMS AND
ALL REMAINING DEFENDANTS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2010, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Wampold          wampold@pypfirm.com

Sara Ainsworth           sains@nwwlc.org


/s/Merrie Brumfield
Merrie Brumfield, Legal Assistant

NO. C09-5382
STIPULATION AND ORDER OF
DISMISSAL AS TO ALL CLAIMS AND
ALL REMAINING DEFENDANTS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300