UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CASANDRA BRAWLEY, an individual,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C09-5382RJB

ORDER ON MOTION TO PUBLISH ORDER ON MOTIONS FOR SUMMARY JUDGMENT

This matter comes before the Court on the Plaintiff's Motion to Publish Motions for Summary Judgment. Dkt. 51. The Court has considered the pleadings filed regarding the motion, and the remaining record.

The motion (Dkt. 51) should be denied as moot. The order at issue was published and is available at 712 F.Supp.2d 1208.

It is so **ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 21st day of December, 2010.

    */s/ Robert J. Bryan*
    Robert J. Bryan
    United States District Judge

ORDER
Page - 1